MARY IRMA STETSER, RESPONDENT, v. AMERICAN
STORES COMPANY, APPELLANT.

Argued May 23, 1940—Decided October 10, 1940.

For the appellant, *Clarence B. Tippett.*

For the respondent, *Elmer G. Van Name.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons expressed in the opinion of Mr. Justice Porter, *ubi supra.*

In connection with the appeal, there was an application at the opening of the term "for the allowance of counsel fees for services rendered in the *certiorari* proceedings instituted by the respondent-appellant in the New Jersey Supreme Court and in the two appeals by the said respondent-appellant to this court." This was held over awaiting arguments of the main case, and is now to be decided.

The right to counsel fees in a case of this kind, and generally with certain exceptions, as for example divorce cases, will cases and administration of trusts, is wholly a creature of statute: *Comparri* v. *James Reading, Inc.*, 121 *N. J. L.* 591; so that unless the present application has statutory support, it must be denied.

There is no such statutory support. The statute bearing on counsel fees in compensation cases is *N. J. S. A.* 34:15-67, a cursory reading of which will show that it confers no power on this court to award counsel fees in this class of cases. The motion is therefore denied.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, BODINE, HEHER, PERSKIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 12.

*For reversal*—None.